# UNITED STATES DISTRICT COURT
## District of Minnesota

Francisco Morales Ortiz

Petitioner,

v.

Pamela Bondi,
Kristi Noem,
Todd M. Lyons,
David Easterwood

Respondent(s).

Party Type

Additional Party Name

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-369 JMB/EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents must immediately provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), and in any event, on or before 5:00 p.m. CT on January 22, 2026.
2. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention.
3. On or before 11:00 a.m. CT on January 23, 2026, counsel for Respondents shall file a letter affirming that Petitioner received a bond hearing as required by this Order, or if no bond hearing was held, affirming that Petitioner was released from custody.
4. Respondents shall not remove, transfer, or otherwise facilitate the removal of Petitioner

from the District of Minnesota prior to compliance with Paragraphs 1–3 of this Order.

5. To the extent Petitioner seeks additional relief, the Petition is DENIED.

Date: 1/20/2026

KATE M. FOGARTY, CLERK